IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TV TOKYO CORPORATION,        :
                             :
          Plaintiff,         :
                             :
v.                           :          CIVIL ACTION NO.
                             :          1:26-cv-00599-LMM
                             :
COSHZZY, et al.,             :
                             :
                             :
          Defendants.        :

## **ORDER**

This matter comes before the Court on Plaintiff's Second Motion to Extend the TRO [14]. The TRO was originally set to expire on February 17, 2026, but the Court extended the TRO until March 2, 2026, at which point a hearing is set regarding entry of a preliminary injunction. Dkt. No. [13]. Plaintiff served nine platforms that provide e-commerce services to Defendants, but it has not received responses from Alibaba.com, Aliexpress, Etsy, PayPal, Shop Pay, and Walmart. Dkt. No. [14-1] at 2. Plaintiff now asks for an extension to give these platforms time to respond. Id. at 5–6. To support this request, Plaintiff states that it received an email from the Alibaba.com platform indicating that it is observing Chinese New Year and will not respond to requests until February 24, 2024. Id. at 2. However, this is only one of the six remaining platforms. Thus, the Court does not find that Plaintiff has shown good cause for another extension of Plaintiff's TRO. Plaintiff's Second Motion to Extend the TRO [14] is **DENIED**.

**IT IS SO ORDERED** this 23rd day of February, 2026.

**Leigh Martin May**
**Chief United States District Judge**