# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COSHZZY, et al.,<br><br>　　　　Defendants. | Civil Action No. 26-cv-599-LMM |

## AFFIDAVIT OF SERVICE

I, David M. Lilenfeld, declare as follows:

1.　I am an attorney admitted to this Court and represent Plaintiff. I am more than eighteen years old and am otherwise competent to give this testimony. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I would testify as follows.

2.　The Marketplaces effectuated the requests in the Temporary Restraining Order and provided email information by February 23, 2026, for each

Defendant listed in Schedule A to the Complaint, with the exception of the AliExpress[1] and Etsy[2] Marketplaces.

3. As authorized by this Court in its February 3, 2026, Order [Dkt. #11] Granting Plaintiff's Motion for Authorization to Serve Process on Defendants by Electronic Means Pursuant to Fed. R. Civ. P. 4(f)(3), all Defendants were served on February 23, 2026, either by email to the addresses provided by the e-commerce platforms providing services for Defendants ("Marketplaces"), or on February 23, 2026, Plaintiff instructed AliExpress and Etsy to directly send service of the lawsuit to Defendants through their respective marketplace message systems, which has been effective in similar, recent cases and is reasonably calculated to provide notice of the proceedings to Defendants in accordance with the TRO.

4. True and correct copies of the Complaint [Dkt. #1], Summonses, and Temporary Restraining Order [Dkt. #10] were served on Defendants and provided to Marketplaces on February 23, 2026, including notice that the Court extended the Temporary Restraining Order and reset the hearing on Plaintiff's Motion for Preliminary Injunction to Monday, March 2, 2026, at 3:30 P.M. [Dkt. #13].

---

[1] The AliExpress Marketplace was unable to process the requests in the TRO due to the Chinese New Year holiday, but on February 23, 2026, emailed Plaintiff that it has returned from holiday and is diligently processing Plaintiff's request.

[2] The Etsy Marketplace was able to provide e-mail information for all except ten (10) of the 366 Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of February, 2026 in Atlanta, Georgia.

/s/ ***David M. Lilenfeld***
David M. Lilenfeld