## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

TV TOKYO CORPORATION,

      Plaintiff,

v.

COSHZZY, et al.,

      Defendants.

Civil Action No. 1:26-cv-0599-LMM

## PRELIMINARY INJUNCTION ORDER WITH EXCEPTIONS

THIS CAUSE comes before the Court following a hearing on Plaintiff's Motion for Preliminary Injunction. The Court previously entered a Temporary Restraining Order and Asset Freeze Order against all Defendants ("TRO") on February 3, 2026. [Dkt. #10]. The Court also authorized Plaintiff to serve Defendants by electronic means. [Dkt. #11]. In conjunction with the TRO, the Court ordered Defendants to appear at a hearing to demonstrate good cause why a preliminary injunction should not be issued. [Dkt. #10]. The TRO was further extended and the hearing reset to Monday, March 2, 2026, at 3:30 P.M. [Dkt. #13]. The hearing on Plaintiff's motion for a preliminary injunction was held via Zoom on Monday, March 2, 2026, at 3:30 P.M.

1

All Defendants with the exception of certain defendants, have failed to show good cause why a preliminary injunction should not be issued against them. Defendant listed as Doe 52 ArtisanCraftyStore, appeared via US counsel and has been excepted from this Preliminary Injunction Order. The following Defendants appeared at the Show Cause hearing without counsel and have been excepted from this Preliminary Injunction Order: Doe 127 EGSocks, Doe 146 FrugTufting, Doe 151 GeodeandCompany, Doe 158 HIHIMARKET, Doe 238 Nikkishobby, Doe 254 peachswizzle, Doe 285 RugcasabyHail, Doe 299 ShonenStylesCo, Doe 349 Valkynea, and Doe 355 voidwearapparel.

Through the preliminary injunction hearing and Plaintiff's associated motion papers, Plaintiff has established:

a)   A substantial likelihood of success on the merits of its copyright and trademark infringement claims given that:

   i)   Plaintiff owns valid federal copyright registrations for the NARUTO Works;

   ii)   Plaintiff owns valid federal trademark registrations for the NARUTO Trademarks;

   iii)   the infringing products advertised and offered for sale by Defendants are not authorized by Plaintiff and are not genuine;

iv)   Defendants are using marks and works that are identical with or substantially indistinguishable from one or more of Plaintiff's IP or colorable imitations of Plaintiff's IP in commerce on or in connection with the advertising, offering for sale, and/or sale of infringing products; and

v)    Defendants' use of Plaintiff's IP or colorable imitations of Plaintiff's IP on or in connection with the advertising, offering for sale, and/or sale of infringing products is likely to cause consumer confusion, mistake, or deception as to the source or origin of the infringing products.

vi)   Defendants are offering for sale and selling reproductions of one or more of Plaintiff's IP, or works that are derived from one of Plaintiff's IP;

vii)  Plaintiff has not authorized Defendants to reproduce, distribute, publicly display or create derivative works of any of Plaintiff's IP;

b)  Plaintiff will suffer irreparable harm if the injunction does not issue in light of the rebuttable presumption of irreparable harm set forth in 15 U.S.C. § 1116(a). Moreover, the continued sale of infringing products by Defendants threatens Plaintiff with the loss of control of its reputation and the loss of considerable goodwill it has established with consumers.

c)      The balance of the harms weighs in favor of granting the injunction given that the threatened injury to Plaintiff's reputation and goodwill absent an injunction outweighs any potential financial harm that Defendants may suffer as a result of the injunction.

d)      The requested injunction would serve the public interest. Avoidance of consumer confusion is always in the public interest, particularly when consumers are being misled as to the quality, source, and composition of infringing products, many of which do not comply with applicable product safety, manufacturing, or labeling requirements.

Accordingly, Plaintiff has established to the satisfaction of this Court that equitable relief in the form of a preliminary injunction is warranted, and Defendants have failed to show good cause why a preliminary injunction should not issue. Therefore, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion for Preliminary Injunction is **GRANTED** as to all Defendants as follows:

a)      For the duration of this action, each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order is hereby ordered to:

i)  cease and refrain from manufacturing, advertising, offering for sale, selling, distributing, destroying, selling off, transferring, or otherwise disposing of any infringing products;

ii)  cease and refrain from manufacturing, advertising, offering to sell, selling, reproducing, or distributing any goods bearing Plaintiff's IP, or any confusingly similar works or marks, other than genuine products manufactured or distributed by Plaintiff or its authorized manufacturers and distributors;

iii) cease and refrain from destroying, selling off, transferring, or otherwise disposing of any documents, electronically stored information, or financial records or assets of any kind relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any infringing products;

iv) cease and refrain from using Plaintiff's IP on or in connection with any virtual storefront that any Defendant may own, operate, or control on any online marketplace;

v)  cease and refrain from any and all use of Plaintiff's IP on any webpage (including the title of any web page), in any advertising links to other websites, from search engines' databases or cache memory, or any other form of use of such terms that are visible to a computer user or serves to

direct computer searches to virtual storefronts registered, owned or operated by any Defendant on any Marketplace; and

vi) cease and refrain from altering, disabling, closing, or transferring ownership of any virtual storefront on any online marketplace during the pendency of this action or until further order of the Court.

b)   For the duration of this action, each Defendant must preserve all documents and electronically stored information arising from or related to its sale, offer for sale, distribution, and advertising of infringing products through its virtual storefronts located on the online marketplaces.

c)   For the duration of this action, all Financial Institutions (as defined in Plaintiff's motion) that receive actual notice of this Order shall continue to attach and freeze all funds in any accounts owned, controlled, utilized by, or associated with Defendants and otherwise prohibit the transfer of any funds out of any such accounts and divert any frozen funds and any additional funds that may be transferred into the accounts into a holding account at the marketplace or the respective Financial Institution for the trust of the Court, with such frozen funds and/or holding accounts being held, maintained, and/or located exclusively within the United States.

d)   No funds restrained by this Order shall be transferred or surrendered by any Financial Institution or online marketplace for any purpose (other than

pursuant to a chargeback made pursuant to their security interest in the funds) without the express authorization of the Court.

e)    For the duration of this action and upon receipt of actual notice of this Order, each online marketplace on which a Defendant maintains a virtual storefront or account shall continue to freeze all funds held or received by the marketplace for any Defendant's benefit and disable each Defendant's virtual storefronts on the marketplaces and any accounts associated with each Defendant and cease providing any services to Defendants.

f)    Plaintiff may notify the marketplaces and Financial Institutions of this Order by electronic means, including by electronic mail.

g)    This Order shall remain in effect for the duration of this action and until such time as a final judgment is entered.

h)    This Order shall apply to Defendants, their associated virtual storefronts on the marketplaces, and any other websites, domain names, seller identification names, e-commerce stores, or Financial Institution accounts which are being used by Defendants, their officers, agents, employees, attorneys, and all persons in active concert or participation with any of them, for the purpose of advertising, offering for sale, and selling any infringing products at issue in this action and/or unfairly competing with Plaintiff.

i)    The Court's previous Temporary Restraining Order, Asset Freeze Order, and Order to Show Cause [Dkt. #10] is dissolved and is replaced by this Preliminary Injunction Order, which is hereafter in effect.

**SO ORDERED** this __2nd__ day of ____March____, 2026.


**LEIGH M. MAY**
**UNITED STATES DISTRICT JUDGE**

## SCHEDULE A

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | COSHZZY | Domain | coshzzy.com |
| 2 | Cosplay Buy Store | Domain | cosplaybuy.co.uk |
| 3 | holouncosplay | Domain | holouncosplay.com |
| 4 | jollycostume | Domain | jollycostume.com |
| 5 | merchprintz | Domain | merchprintz.com |
| 6 | mooncosya | Domain | mooncosya.com |
| 7 | mozfigure | Domain | mozfigure.com |
| 8 | SOPULA | Domain | sopula.com |
| 9 | WETROSE | Domain | wetrose.com |
| 10 | yesstyle | Domain | yesstyle.com |
| 11 | 2DBeat | Domain | 2dbeat.com |
| 12 | Aduvetaffair | Domain | aduvetaffair.com |
| 13 | fondcosplay | Domain | fondcosplay.com |
| 14 | mxcostume | Domain | mxcostume.com |
| 15 | printnd | Domain | printnd.com |
| 16 | Vietnamreflections | Domain | vietnamreflections.com |
| 17 | webcosplay | Domain | webcosplay.com |
| 18 | toysharbour | Domain | toysharbour.com |
| 19 | 3DPETADORA | Etsy | 3DPETADORA |
| 20 | 99plusmart | Etsy | 99plusmart |
| 21 | Aceleathers | Etsy | Aceleathers |
| 22 | aiinmycoffee | Etsy | aiinmycoffee |
| 23 | AlbatrossMetalDecor | Etsy | AlbatrossMetalDecor |
| 24 | AleemLeather | Etsy | AleemLeather |
| 25 | AlephProduction | Etsy | AlephProduction |
| 26 | AlexZXArts | Etsy | AlexZXArts |
| 27 | AliceGiftedMoments | Etsy | AliceGiftedMoments |
| 28 | ALLEVRO | Etsy | ALLEVRO |
| 29 | allofframe | Etsy | allofframe |
| 30 | Alverta3D | Etsy | Alverta3D |
| 31 | AmdusciaShop | Etsy | AmdusciaShop |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 32 | AmimonoLand | Etsy | AmimonoLand |
| 33 | AmpleAesthetic | Etsy | AmpleAesthetic |
| 34 | AndrewGoddardStudio | Etsy | AndrewGoddardStudio |
| 35 | Anicasephone | Etsy | Anicasephone |
| 36 | AnimationComicClub | Etsy | AnimationComicClub |
| 37 | AnimeBrewDesigns | Etsy | AnimeBrewDesigns |
| 38 | AnimeClothingRUs | Etsy | AnimeClothingRUs |
| 39 | AnimeGuard | Etsy | AnimeGuard |
| 40 | AnimeLabsShop | Etsy | AnimeLabsShop |
| 41 | AnimeManiafr | Etsy | AnimeManiafr |
| 42 | AnimePremiumDesign | Etsy | AnimePremiumDesign |
| 43 | AnimeVariety | Etsy | AnimeVariety |
| 44 | AnimeWonderlandx | Etsy | AnimeWonderlandx |
| 45 | Animuted | Etsy | Animuted |
| 46 | AnJinStore | Etsy | AnJinStore |
| 47 | ApparelRevolution | Etsy | ApparelRevolution |
| 48 | ArcadeDesk | Etsy | ArcadeDesk |
| 49 | Armorcaso | Etsy | Armorcaso |
| 50 | ArtBeatsFlow | Etsy | ArtBeatsFlow |
| 51 | ArteyCartey | Etsy | ArteyCartey |
| 52 | ArtisanCraftyStore | Etsy | ArtisanCraftyStore |
| 53 | ArtooPrints | Etsy | ArtooPrints |
| 54 | AtelierGiftsBoutique | Etsy | AtelierGiftsBoutique |
| 55 | AuralisJewelry | Etsy | AuralisJewelry |
| 56 | Avillalicious | Etsy | Avillalicious |
| 57 | AWASeries | Etsy | AWASeries |
| 58 | AxiiArt | Etsy | AxiiArt |
| 59 | BAIminis | Etsy | BAIminis |
| 60 | Bardeltio | Etsy | Bardeltio |
| 61 | BazarMix | Etsy | BazarMix |
| 62 | belohguni | Etsy | belohguni |
| 63 | BenchPillowDecor | Etsy | BenchPillowDecor |
| 64 | BestAestheticCanvas | Etsy | BestAestheticCanvas |

| Doe No. | Seller Alias | Platform | Seller ID |
|---------|-------------|----------|-----------|
| 65 | Bestauthenticdesigns | Etsy | Bestauthenticdesigns |
| 66 | BestGreat | Etsy | BestGreat |
| 67 | Betuljewelry | Etsy | Betuljewelry |
| 68 | BillyBlazez | Etsy | BillyBlazez |
| 69 | BlueBoxGr | Etsy | BlueBoxGr |
| 70 | BonVoyageMon | Etsy | BonVoyageMon |
| 71 | BrainyPattern | Etsy | BrainyPattern |
| 72 | BROOKLYNRUG | Etsy | BROOKLYNRUG |
| 73 | Brunofenalea | Etsy | Brunofenalea |
| 74 | BugTshirts | Etsy | BugTshirts |
| 75 | BundleBoss | Etsy | BundleBoss |
| 76 | BZMMSHOP | Etsy | BZMMSHOP |
| 77 | CarminaCreativeArt | Etsy | CarminaCreativeArt |
| 78 | CarpetStreet | Etsy | CarpetStreet |
| 79 | CartoonYou1 | Etsy | CartoonYou1 |
| 80 | CasersShop | Etsy | CasersShop |
| 81 | cenikowallarts | Etsy | cenikowallarts |
| 82 | ChainStor | Etsy | ChainStor |
| 83 | ChaoChao22 | Etsy | ChaoChao22 |
| 84 | ChonkyCharms | Etsy | ChonkyCharms |
| 85 | CicoRugs | Etsy | CicoRugs |
| 86 | ClawhauserCrafts | Etsy | ClawhauserCrafts |
| 87 | COLLABGIFTS | Etsy | COLLABGIFTS |
| 88 | ColorfulRugCenter | Etsy | ColorfulRugCenter |
| 89 | ConceptRugs | Etsy | ConceptRugs |
| 90 | CooliQ | Etsy | CooliQ |
| 91 | CooolCoverStore | Etsy | CooolCoverStore |
| 92 | CosplayJackets | Etsy | CosplayJackets |
| 93 | CosplayKingdomPK | Etsy | CosplayKingdomPK |
| 94 | CourtsideStore | Etsy | CourtsideStore |
| 95 | CozyCircles34 | Etsy | CozyCircles34 |
| 96 | CraftedVonScayu | Etsy | CraftedVonScayu |
| 97 | CraftSoulX | Etsy | CraftSoulX |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 98 | Cre8topia | Etsy | Cre8topia |
| 99 | CreativaPrints | Etsy | CreativaPrints |
| 100 | CreativeDesignStoree | Etsy | CreativeDesignStoree |
| 101 | CreativeInceptionCo | Etsy | CreativeInceptionCo |
| 102 | Creativity4People | Etsy | Creativity4People |
| 103 | CTEFruits | Etsy | CTEFruits |
| 104 | CustomArtOasis | Etsy | CustomArtOasis |
| 105 | CustomBestNeon | Etsy | CustomBestNeon |
| 106 | CustomGiftShopEurope | Etsy | CustomGiftShopEurope |
| 107 | CustomizedDesignn | Etsy | CustomizedDesignn |
| 108 | CustomizedJpgg | Etsy | CustomizedJpgg |
| 109 | CustomTeeEmbroidered | Etsy | CustomTeeEmbroidered |
| 110 | Cutipuns | Etsy | Cutipuns |
| 111 | cybercardsGB | Etsy | cybercardsGB |
| 112 | DanMeiShopStore | Etsy | DanMeiShopStore |
| 113 | demonwrldclothing | Etsy | demonwrldclothing |
| 114 | DesignRugGift | Etsy | DesignRugGift |
| 115 | DezignByPetra | Etsy | DezignByPetra |
| 116 | DibsAcademy | Etsy | DibsAcademy |
| 117 | DinhKhoaHandMade | Etsy | DinhKhoaHandMade |
| 118 | DNZYPRINTS | Etsy | DNZYPRINTS |
| 119 | drawmetoons | Etsy | drawmetoons |
| 120 | DrawYouStudio | Etsy | DrawYouStudio |
| 121 | DreamArtCanvasStudio | Etsy | DreamArtCanvasStudio |
| 122 | DreamGalleriaArt | Etsy | DreamGalleriaArt |
| 123 | DreamWeaverRug | Etsy | DreamWeaverRug |
| 124 | DtfWearTransfers | Etsy | DtfWearTransfers |
| 125 | duftysstore | Etsy | duftysstore |
| 126 | EcofyStoreShop | Etsy | EcofyStoreShop |
| 127 | EXCEPTED | Etsy | EXCEPTED |
| 128 | EmbrolyHand | Etsy | EmbrolyHand |
| 129 | EtceteraGiftShop | Etsy | EtceteraGiftShop |
| 130 | EverpeakGoods | Etsy | EverpeakGoods |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 131 | EveryDayAction | Etsy | EveryDayAction |
| 132 | EvrekaDecal | Etsy | EvrekaDecal |
| 133 | ExNihiloTreasures | Etsy | ExNihiloTreasures |
| 134 | FaiziIndustry | Etsy | FaiziIndustry |
| 135 | FakoRaziCo | Etsy | FakoRaziCo |
| 136 | Farwaestic | Etsy | Farwaestic |
| 137 | FieryAnime | Etsy | FieryAnime |
| 138 | FireByEmr | Etsy | FireByEmr |
| 139 | FiveStarCraftingFR | Etsy | FiveStarCraftingFR |
| 140 | FleoraShopTR | Etsy | FleoraShopTR |
| 141 | FlexBundle | Etsy | FlexBundle |
| 142 | FlooriqueGiftRug | Etsy | FlooriqueGiftRug |
| 143 | Foreverborahae | Etsy | Foreverborahae |
| 144 | FourSDesigns | Etsy | FourSDesigns |
| 145 | Fromevery | Etsy | Fromevery |
| 146 | EXCEPTED | Etsy | EXCEPTED |
| 147 | Funcrochettool | Etsy | Funcrochettool |
| 148 | GaleriumStore | Etsy | GaleriumStore |
| 149 | GearFive | Etsy | GearFive |
| 150 | GeekWithAttitude | Etsy | GeekWithAttitude |
| 151 | EXCEPTED | Etsy | EXCEPTED |
| 152 | GiftLeatherByErdinc | Etsy | GiftLeatherByErdinc |
| 153 | GiftRugShop | Etsy | GiftRugShop |
| 154 | gLobeanie | Etsy | gLobeanie |
| 155 | GraffiBears | Etsy | GraffiBears |
| 156 | HiangleShop | Etsy | HiangleShop |
| 157 | HideSaga | Etsy | HideSaga |
| 158 | EXCEPTED | Etsy | EXCEPTED |
| 159 | HikariIllustrations | Etsy | HikariIllustrations |
| 160 | HilalsDecorShop | Etsy | HilalsDecorShop |
| 161 | HKDBYME | Etsy | HKDBYME |
| 162 | Hoaana | Etsy | Hoaana |
| 163 | HollowStItalia | Etsy | HollowStItalia |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 164 | HoneyPixelCreations | Etsy | HoneyPixelCreations |
| 165 | HoshiSoraUS | Etsy | HoshiSoraUS |
| 166 | HoukiCreations | Etsy | HoukiCreations |
| 167 | Humynashi | Etsy | Humynashi |
| 168 | HunarStudioArt | Etsy | HunarStudioArt |
| 169 | hxhandpainted | Etsy | hxhandpainted |
| 170 | IamCreativeMexico | Etsy | iamcreativemexico |
| 171 | IconiKcrea | Etsy | IconiKcrea |
| 172 | IMAGINATIVECROW | Etsy | IMAGINATIVECROW |
| 173 | ImaneArtCase | Etsy | ImaneArtCase |
| 174 | IndianTrendsGallery | Etsy | IndianTrendsGallery |
| 175 | InsighTron | Etsy | InsighTron |
| 176 | InstaRug | Etsy | InstaRug |
| 177 | iStyleCovers | Etsy | iStyleCovers |
| 178 | JacketcraftShop | Etsy | JacketcraftShop |
| 179 | Jacketsmart | Etsy | Jacketsmart |
| 180 | JandTNailArt | Etsy | JandTNailArt |
| 181 | Jensinsports | Etsy | Jensinsports |
| 182 | JessicaGreavesDesign | Etsy | JessicaGreavesDesign |
| 183 | JewelryAuraArt | Etsy | JewelryAuraArt |
| 184 | JoyRullemu | Etsy | JoyRullemu |
| 185 | JudesPrint | Etsy | JudesPrint |
| 186 | KaidoStudio | Etsy | KaidoStudio |
| 187 | KatmanCraft | Etsy | KatmanCraft |
| 188 | KeychainKingdomArt | Etsy | KeychainKingdomArt |
| 189 | KeyNerd | Etsy | KeyNerd |
| 190 | KeytagsLegacy | Etsy | KeytagsLegacy |
| 191 | Khualpi | Etsy | Khualpi |
| 192 | Khwanjai | Etsy | Khwanjai |
| 193 | KoktemCosplay | Etsy | KoktemCosplay |
| 194 | LaCheekInc | Etsy | LaCheekInc |
| 195 | LakeDuboy | Etsy | LakeDuboy |
| 196 | LalaAesthetics | Etsy | LalaAesthetics |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 197 | Lamyati | Etsy | Lamyati |
| 198 | LezaArt | Etsy | LezaArt |
| 199 | LibertyLois | Etsy | LibertyLois |
| 200 | LilyConstancyShop | Etsy | LilyConstancyShop |
| 201 | LumosRugStore | Etsy | LumosRugStore |
| 202 | LUXARTInvitations | Etsy | LUXARTInvitations |
| 203 | LuxuryHomeArtShop | Etsy | LuxuryHomeArtShop |
| 204 | MadCapAttire | Etsy | MadCapAttire |
| 205 | MAGORSWEAR | Etsy | MAGORSWEAR |
| 206 | MaisonLoveDE | Etsy | MaisonLoveDE |
| 207 | MajinXu | Etsy | MajinXu |
| 208 | ManticoreShopArt | Etsy | ManticoreShopArt |
| 209 | MarbrizStore | Etsy | MarbrizStore |
| 210 | MetalDreamsDesigns | Etsy | MetalDreamsDesigns |
| 211 | MetaleksCorp | Etsy | MetaleksCorp |
| 212 | MidArtisan | Etsy | MidArtisan |
| 213 | mimoCraftingStore | Etsy | mimoCraftingStore |
| 214 | MisekoStudio | Etsy | MisekoStudio |
| 215 | misstickable | Etsy | misstickable |
| 216 | MixedDesignsStore | Etsy | MixedDesignsStore |
| 217 | MochiMoonNL | Etsy | MochiMoonNL |
| 218 | Momentswear | Etsy | Momentswear |
| 219 | MonoLandShop | Etsy | MonoLandShop |
| 220 | MoonArtNails | Etsy | MoonArtNails |
| 221 | MooyorFigure | Etsy | MooyorFigure |
| 222 | MOUNDIRClothes | Etsy | MOUNDIRClothes |
| 223 | Mrsifu | Etsy | Mrsifu |
| 224 | MsoiStore | Etsy | MsoiStore |
| 225 | MssVtg | Etsy | MssVtg |
| 226 | MStitchCo | Etsy | MStitchCo |
| 227 | Myojin | Etsy | Myojin |
| 228 | NaratipFigureLab | Etsy | NaratipFigureLab |
| 229 | NarmelStore | Etsy | NarmelStore |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 230 | NaturalArtTH | Etsy | NaturalArtTH |
| 231 | Nazabelix | Etsy | Nazabelix |
| 232 | Neonglobal | Etsy | Neonglobal |
| 233 | Nestiquethoa | Etsy | Nestiquethoa |
| 234 | Newbilityusa | Etsy | Newbilityusa |
| 235 | NewFuturePrint | Etsy | NewFuturePrint |
| 236 | NguyenHaiHaArt | Etsy | NguyenHaiHaArt |
| 237 | nibinstorey | Etsy | nibinstorey |
| 238 | EXCEPTED | Etsy | EXCEPTED |
| 239 | NimiArtPrint | Etsy | NimiArtPrint |
| 240 | NNDesignID | Etsy | NNDesignID |
| 241 | NOXDesignsStore | Etsy | NOXDesignsStore |
| 242 | NysekaiShop | Etsy | NysekaiShop |
| 243 | OMMARGIFTSHOP | Etsy | OMMARGIFTSHOP |
| 244 | OrangeDecoRug | Etsy | OrangeDecoRug |
| 245 | Oryven | Etsy | Oryven |
| 246 | OseyArts | Etsy | OseyArts |
| 247 | OtakuCanvasFR | Etsy | OtakuCanvasFR |
| 248 | OtakuFashionHub | Etsy | OtakuFashionHub |
| 249 | PanicPixieArt | Etsy | PanicPixieArt |
| 250 | PapazKeycap | Etsy | PapazKeycap |
| 251 | PapercutPrintsFinds | Etsy | PapercutPrintsFinds |
| 252 | PapersWallStore | Etsy | PapersWallStore |
| 253 | PatchOra | Etsy | PatchOra |
| 254 | EXCEPTED | Etsy | EXCEPTED |
| 255 | PerfectSkinMY | Etsy | PerfectSkinMY |
| 256 | PersonalizedHomeRugs | Etsy | PersonalizedHomeRugs |
| 257 | PhamHaArri | Etsy | PhamHaArri |
| 258 | PhaNhaCrafts | Etsy | PhaNhaCrafts |
| 259 | PhoneCaseAnimeFR | Etsy | PhoneCaseAnimeFR |
| 260 | PlanetCharms | Etsy | PlanetCharms |
| 261 | PocketCaser | Etsy | PocketCaser |
| 262 | PockyMocky | Etsy | PockyMocky |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 263 | PosterAnimeFr | Etsy | PosterAnimeFr |
| 264 | PrestigeHidesCo | Etsy | PrestigeHidesCo |
| 265 | PrintloveKreationen | Etsy | PrintloveKreationen |
| 266 | PrintMyRug | Etsy | PrintMyRug |
| 267 | ProXityCreations | Etsy | ProXityCreations |
| 268 | ProxyCraft | Etsy | ProxyCraft |
| 269 | PuccaHome | Etsy | PuccaHome |
| 270 | QueLeVendo | Etsy | QueLeVendo |
| 271 | quinartstore | Etsy | quinartstore |
| 272 | RabiEsShopArt | Etsy | RabiEsShopArt |
| 273 | RainSupplies | Etsy | RainSupplies |
| 274 | RareProductPlace | Etsy | RareProductPlace |
| 275 | Ravorex | Etsy | Ravorex |
| 276 | Rednature | Etsy | Rednature |
| 277 | ReggioCY | Etsy | ReggioCY |
| 278 | RetroWallsGallery | Etsy | RetroWallsGallery |
| 279 | ReynaHouse | Etsy | ReynaHouse |
| 280 | RobedaNerd | Etsy | RobedaNerd |
| 281 | RocketsES | Etsy | RocketsES |
| 282 | RugandRolls | Etsy | RugandRolls |
| 283 | RugARTime | Etsy | RugARTime |
| 284 | RugArtMe | Etsy | RugArtMe |
| 285 | EXCEPTED | Etsy | EXCEPTED |
| 286 | RugoftheModernWorld | Etsy | RugoftheModernWorld |
| 287 | RugThugCo | Etsy | RugThugCo |
| 288 | SamanthaLiews | Etsy | SamanthaLiews |
| 289 | SamClosetLa | Etsy | SamClosetLa |
| 290 | SamuraiStreetWearCo | Etsy | SamuraiStreetWearCo |
| 291 | SarahSublimation | Etsy | SarahSublimation |
| 292 | shaozs | Etsy | shaozs |
| 293 | SHDArifin | Etsy | SHDArifin |
| 294 | ShelfVerse | Etsy | ShelfVerse |
| 295 | ShibuyaWear | Etsy | ShibuyaWear |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 296 | ShinobiDripCo | Etsy | ShinobiDripCo |
| 297 | ShirkARTS | Etsy | ShirkARTS |
| 298 | ShonenCultureClub | Etsy | ShonenCultureClub |
| 299 | EXCEPTED | Etsy | EXCEPTED |
| 300 | ShopLawrenceStore | Etsy | ShopLawrenceStore |
| 301 | ShopMtzDesigns | Etsy | ShopMtzDesigns |
| 302 | ShopSunking | Etsy | ShopSunking |
| 303 | SimpleCanvasDE | Etsy | SimpleCanvasDE |
| 304 | SIPNSTICK | Etsy | SIPNSTICK |
| 305 | Sirleste | Etsy | Sirleste |
| 306 | Skygalllery | Etsy | Skygalllery |
| 307 | SleekPrintShop | Etsy | SleekPrintShop |
| 308 | SNABPrints | Etsy | SNABPrints |
| 309 | SohaibBaloch | Etsy | SohaibBaloch |
| 310 | Spatialcolor | Etsy | Spatialcolor |
| 311 | SPOOKYSTOREEU | Etsy | SPOOKYSTOREEU |
| 312 | SREESHYAMDESIGNS | Etsy | SREESHYAMDESIGNS |
| 313 | SsChardesing | Etsy | SsChardesing |
| 314 | STARVZN | Etsy | STARVZN |
| 315 | StellarByBP | Etsy | StellarByBP |
| 316 | StellarShoppingUK | Etsy | StellarShoppingUK |
| 317 | StickNStudio | Etsy | StickNStudio |
| 318 | Stitchscartooncorner | Etsy | Stitchscartooncorner |
| 319 | StoreFunArt | Etsy | StoreFunArt |
| 320 | Strangethinking | Etsy | Strangethinking |
| 321 | StudioMamba | Etsy | StudioMamba |
| 322 | Sugoi3D | Etsy | Sugoi3D |
| 323 | SukanyaSentham | Etsy | SukanyaSentham |
| 324 | SuperLightMarket | Etsy | SuperLightMarket |
| 325 | Supplies4yourHome | Etsy | Supplies4yourHome |
| 326 | Tatsuhouse | Etsy | Tatsuhouse |
| 327 | TetsuGoStore | Etsy | TetsuGoStore |
| 328 | ThamillaDesigns | Etsy | ThamillaDesigns |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 329 | ThebossgarageMY | Etsy | ThebossgarageMY |
| 330 | TheGoatStreetwear | Etsy | TheGoatStreetwear |
| 331 | ThemeFusion | Etsy | ThemeFusion |
| 332 | Therugparlour | Etsy | Therugparlour |
| 333 | TheShopAnimeStore | Etsy | TheShopAnimeStore |
| 334 | TheSoulFeelStudio | Etsy | TheSoulFeelStudio |
| 335 | thewolfstreetdesign | Etsy | thewolfstreetdesign |
| 336 | ThriveFitnessStore | Etsy | ThriveFitnessStore |
| 337 | TokyoFusionTees | Etsy | TokyoFusionTees |
| 338 | TopikPrints | Etsy | TopikPrints |
| 339 | TRUSTTHXVTG2 | Etsy | TRUSTTHXVTG2 |
| 340 | TuanNotion | Etsy | TuanNotion |
| 341 | TuftTouch | Etsy | TuftTouch |
| 342 | TurkishRoyalRug | Etsy | TurkishRoyalRug |
| 343 | TurnMeToonShop | Etsy | TurnMeToonShop |
| 344 | TurtlewingsShop | Etsy | TurtlewingsShop |
| 345 | TzzyStore | Etsy | TzzyStore |
| 346 | Uniqueinvit | Etsy | Uniqueinvit |
| 347 | UrbanRugHouse | Etsy | UrbanRugHouse |
| 348 | ValhallaBlacksmithid | Etsy | ValhallaBlacksmithid |
| 349 | EXCEPTED | Etsy | EXCEPTED |
| 350 | VecktorVault | Etsy | VecktorVault |
| 351 | VectorMerchShop | Etsy | VectorMerchShop |
| 352 | VIIShirts | Etsy | VIIShirts |
| 353 | VisualPrintFr | Etsy | VisualPrintFr |
| 354 | VividFloors | Etsy | VividFloors |
| 355 | EXCEPTED | Etsy | EXCEPTED |
| 356 | vsdrawaistor | Etsy | vsdrawaistor |
| 357 | vtgtheramblerscorner | Etsy | vtgtheramblerscorner |
| 358 | VuMinhQuang | Etsy | VuMinhQuang |
| 359 | WallARTime | Etsy | WallARTime |
| 360 | WarriorStyleGear | Etsy | WarriorStyleGear |
| 361 | WavoraHome | Etsy | WavoraHome |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 362 | WearOurWear | Etsy | WearOurWear |
| 363 | WhiteFoxProxy | Etsy | WhiteFoxProxy |
| 364 | WholesaleRugArt | Etsy | WholesaleRugArt |
| 365 | WhyNot3DTR | Etsy | WhyNot3DTR |
| 366 | WildenShopDesigns | Etsy | WildenShopDesigns |
| 367 | WildinTraining | Etsy | WildinTraining |
| 368 | WitchyCraftAU | Etsy | WitchyCraftAU |
| 369 | WongFFKey | Etsy | WongFFKey |
| 370 | WowwowCraftStudio | Etsy | WowwowCraftStudio |
| 371 | Xenonexus | Etsy | Xenonexus |
| 372 | YashjewellersByYash | Etsy | YashjewellersByYash |
| 373 | YellowHomeRug | Etsy | YellowHomeRug |
| 374 | YOURSHIRTYOURIDEA | Etsy | YOURSHIRTYOURIDEA |
| 375 | YugenCreationShop | Etsy | YugenCreationShop |
| 376 | YugenLuckyCatShop | Etsy | YugenLuckyCatShop |
| 377 | YumeApparelStore | Etsy | YumeApparelStore |
| 378 | Zarory | Etsy | Zarory |
| 379 | ZEISEW | Etsy | ZEISEW |
| 380 | ZenixDesignArt | Etsy | ZenixDesignArt |
| 381 | Zposterz | Etsy | Zposterz |
| 382 | ZuzuRug | Etsy | ZuzuRug |
| 383 | ZyzyDesigns | Etsy | ZyzyDesigns |
| 384 | AEIRTMINMEV | Amazon | A3PI5FAJ8W0I0A |
| 385 | Biheiou | Amazon | A1MT7BUPS03W59 |
| 386 | BLOCKFUN | Amazon | ACLWBNLPAH36T |
| 387 | briliacloud | Amazon | A2RXIGESXHNGYT |
| 388 | Fancythee | Amazon | AW4ZUD0CNDSJL |
| 389 | Feinidier | Amazon | AWQR8ZDRO3IIP |
| 390 | Godor | Amazon | A2K4ERABH39VQ6 |
| 391 | GOOD PAPA | Amazon | AOP152D21LO9I |
| 392 | Guangzhou Meidai | Amazon | A2SVCW86E3X0F3 |
| 393 | guangzhouguankeshangmaoyouxiangongsi | Amazon | A3M4EDS3M3BL8N |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 394 | guangzhouhuanzi | Amazon | A34S0EF7D0H5OP |
| 395 | haikoushixueluowang | Amazon | A2ON3LRAN1JKH6 |
| 396 | Ignyphox | Amazon | AP47IBYZIAQ3K |
| 397 | JIangLun | Amazon | AT70PMZYZYBYT |
| 398 | JULNEWS | Amazon | A3PA08RR51IQDP |
| 399 | KEIFIEWMEY | Amazon | A73M4K056410C |
| 400 | KnewCart | Amazon | A1UGRWMSSJPZNJ |
| 401 | liaoyangshijindouledianzishangwushanghang | Amazon | A25AR4B2Q7SZOF |
| 402 | nanjingxiaogexuanpinkejiyouxiangongsi | Amazon | ANLPP9TCR87XP |
| 403 | Patmoses | Amazon | AUUOJ19DJZE3M |
| 404 | Shanghai Tong Ying Industrial Co., LTD | Amazon | A2OBMJV8273ZVZ |
| 405 | Shanghai Xubo | Amazon | A2QQOGWUUKX6UW |
| 406 | UDI US® | Amazon | A23ZH4IBY90DDM |
| 407 | VOXEL3D | Amazon | A5IKNUSMM958G |
| 408 | WYP-Happyshopping | Amazon | A3I0FUL4ZYLRWE |
| 409 | yaanyongshengjianzhulaowuyouxiangongsi | Amazon | ASTHHI8EWV3SB |
| 410 | YUDI1 | Amazon | A2JEAWLN7R6TT7 |
| 411 | yuyitangkeji | Amazon | A36O4T6MGL0CKW |
| 412 | ziboxiaolinxinxifuwuyouxiangongsi | Amazon | A3G1TOGARMM3JI |
| 413 | ZVLINMVAM Sell Store | Amazon | A3QXS3I10ZMUBG |
| 414 | 14years Shop503452 Store | Aliexpress | 1100423042 |
| 415 | 3CCCC Store | Aliexpress | 1103938557 |
| 416 | 3JFLAG Store | Aliexpress | 1101826603 |
| 417 | A Fashion Boutique Store | Aliexpress | 1103938065 |
| 418 | About Sports Outdoors Store | Aliexpress | 1103670800 |
| 419 | Ali-CC22 Store | Aliexpress | 1103571109 |
| 420 | Ali-MX329 Store | Aliexpress | 1103577041 |
| 421 | Ali-YY28 Store | Aliexpress | 1103535103 |
| 422 | All Nice For You Store | Aliexpress | 1101321111 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 423 | CAA Store | Aliexpress | 1101422432 |
| 424 | Caitlin Ribbon Store | Aliexpress | 1100812615 |
| 425 | Car Global Accessories Store | Aliexpress | 1101224181 |
| 426 | Cartoon Anime Stickers Store | Aliexpress | 1102909284 |
| 427 | chang ming2 Store | Aliexpress | 1101861269 |
| 428 | Child Of Water Store | Aliexpress | 1103512175 |
| 429 | Children Performance Clothing Store Store | Aliexpress | 1103512381 |
| 430 | Classic Cospaly clothing store | Aliexpress | 1100774388 |
| 431 | Comfortable Car Store | Aliexpress | 1101257803 |
| 432 | Dio Store | Aliexpress | 1104112973 |
| 433 | Domineering Man Shop Store | Aliexpress | 1102299165 |
| 434 | Dropshipping Chinese Suppliers Store | Aliexpress | 1101365084 |
| 435 | DZQ Home Store | Aliexpress | 1102661112 |
| 436 | EFK Official Store | Aliexpress | 1103995507 |
| 437 | Every Day Home Store Store | Aliexpress | 1103750031 |
| 438 | fanjiangwei Store | Aliexpress | 1101811036 |
| 439 | Fine Car Enthusiast Store | Aliexpress | 1102277354 |
| 440 | Fregate Store | Aliexpress | 1101788522 |
| 441 | FU-011 Store | Aliexpress | 1103915105 |
| 442 | FU-013 Store | Aliexpress | 1103928255 |
| 443 | HappyFishing Store | Aliexpress | 1101277681 |
| 444 | High Quality Customization Store | Aliexpress | 1104062887 |
| 445 | homesafe Store | Aliexpress | 1101523791 |
| 446 | HZNEWMOA20 Store | Aliexpress | 1101982685 |
| 447 | J home decor Store Store | Aliexpress | 1102212967 |
| 448 | kehui anime Store | Aliexpress | 1103232007 |
| 449 | Live For Art Store | Aliexpress | 1101600548 |
| 450 | Lumy Sticker Store | Aliexpress | 1103669031 |
| 451 | Maria discount Store | Aliexpress | 1101650662 |
| 452 | Mchmoon Store | Aliexpress | 1101501679 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 453 | Moon Rose Store | Aliexpress | 1103719059 |
| 454 | Motorcycle Plus Store | Aliexpress | 1103037615 |
| 455 | Nail Makeup Care Store | Aliexpress | 1101673450 |
| 456 | ntjk Store | Aliexpress | 1101366830 |
| 457 | Palace life Official Store | Aliexpress | 1101342255 |
| 458 | Pro Wow Cos Store | Aliexpress | 1103509123 |
| 459 | Rachela Store | Aliexpress | 1101512540 |
| 460 | Role Playing Stage Store | Aliexpress | 1102588440 |
| 461 | Shop1100086189 Store | Aliexpress | 1101988810 |
| 462 | Shop1100277170 Store | Aliexpress | 1102034178 |
| 463 | Shop1102342062 Store | Aliexpress | 1102339080 |
| 464 | Shop1102597649 Store | Aliexpress | 1103187183 |
| 465 | Shop1102882235 Store | Aliexpress | 1102884232 |
| 466 | Shop1102961415 Store | Aliexpress | 1102959433 |
| 467 | Shop1103000187 Store | Aliexpress | 1103731096 |
| 468 | Shop1103058637 Store | Aliexpress | 1103050769 |
| 469 | Shop1103134365 Store | Aliexpress | 1103337177 |
| 470 | Shop1103191828 Store | Aliexpress | 1103183837 |
| 471 | Shop1103437481 Store | Aliexpress | 1103438452 |
| 472 | Shop1103459027 Store | Aliexpress | 1103465024 |
| 473 | Shop1103479256 Store | Aliexpress | 1103484259 |
| 474 | Shop1103520100 Store | Aliexpress | 1103517118 |
| 475 | Shop1103633576 Store | Aliexpress | 1103653009 |
| 476 | Shop1103725129 Store | Aliexpress | 1103725130 |
| 477 | Shop1103753461 Store | Aliexpress | 1103753462 |
| 478 | Shop1103754652 Store | Aliexpress | 1103769002 |
| 479 | Shop1103755378 Store | Aliexpress | 1103749453 |
| 480 | Shop1103835076 Store | Aliexpress | 1103833087 |
| 481 | Shop1103853367 Store | Aliexpress | 1103853368 |
| 482 | Shop1103854498 Store | Aliexpress | 1103860478 |
| 483 | Shop1103854622 Store | Aliexpress | 1103851688 |
| 484 | Shop1103857522 Store | Aliexpress | 1103857523 |
| 485 | Shop1103858360 Store | Aliexpress | 1103856366 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 486 | Shop1103885628 Store | Aliexpress | 1103882580 |
| 487 | Shop1103890238 Store | Aliexpress | 1103883340 |
| 488 | Shop1103917065 Store | Aliexpress | 1103894255 |
| 489 | Shop1103918145 Store | Aliexpress | 1103915144 |
| 490 | Shop1103939107 Store | Aliexpress | 1103939108 |
| 491 | Shop1103940271 Store | Aliexpress | 1103947276 |
| 492 | Shop1103946180 Store | Aliexpress | 1103938194 |
| 493 | Shop1103949074 Store | Aliexpress | 1103939059 |
| 494 | Shop1103999749 Store | Aliexpress | 1103999750 |
| 495 | Shop110400224 Store | Aliexpress | 1104103246 |
| 496 | Shop1104003985 Store | Aliexpress | 1104016015 |
| 497 | Shop1104026385 Store | Aliexpress | 1104030356 |
| 498 | Shop1104039194 Store | Aliexpress | 1104027485 |
| 499 | Shop1104066916 Store | Aliexpress | 1104058943 |
| 500 | Shop1104075255 Store | Aliexpress | 1104076221 |
| 501 | Shop1104079238 Store | Aliexpress | 1104079239 |
| 502 | Shop1104085961 Store | Aliexpress | 1104081969 |
| 503 | Shop1104092838 Store | Aliexpress | 1104105674 |
| 504 | Shop1104095806 Store | Aliexpress | 1104105758 |
| 505 | Shop1104100129 Store | Aliexpress | 1104100130 |
| 506 | Shop1104101674 Store | Aliexpress | 1104101675 |
| 507 | Shop2846028 Store | Aliexpress | 1101244032 |
| 508 | Shop3906002 Store | Aliexpress | 1101413813 |
| 509 | Shop911047077 Store | Aliexpress | 1101565377 |
| 510 | Shop911048086 Store | Aliexpress | 1101564420 |
| 511 | Shop912343379 Store | Aliexpress | 1101848226 |
| 512 | SIX Gifts Store | Aliexpress | 1103587175 |
| 513 | Sonic Clothes Store | Aliexpress | 1103515362 |
| 514 | Sport For Me You Her And He Store | Aliexpress | 1101778416 |
| 515 | Sportt47 Store | Aliexpress | 1101829145 |
| 516 | Stephen Clothing Store | Aliexpress | 1103728513 |
| 517 | Superya Store | Aliexpress | 1101878970 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 518 | Syson Store | Aliexpress | 1102688262 |
| 519 | T-2 Lin044 Store | Aliexpress | 1103842788 |
| 520 | T-L17 Lin89 Store | Aliexpress | 1103874765 |
| 521 | UOONG Store | Aliexpress | 1103881546 |
| 522 | Vigorous-man Store | Aliexpress | 1103314176 |
| 523 | Vivid Life Store | Aliexpress | 1101114217 |
| 524 | WORLD-DECO Official Store | Aliexpress | 1101275178 |
| 525 | WULAWULA Store | Aliexpress | 1104068332 |
| 526 | YQXY Store | Aliexpress | 1101833087 |
| 527 | yuyude Store | Aliexpress | 1101678774 |
| 528 | Zyh-Clothing - No. 03 Store | Aliexpress | 1103994755 |
| 529 | ai810 Store | Dhgate | 21815421 |
| 530 | babiq03 Store | Dhgate | 21829581 |
| 531 | dafu04 Store | Dhgate | 21709881 |
| 532 | dang07 Store | Dhgate | 21417081 |
| 533 | dbpi Store | Dhgate | 21819089 |
| 534 | deep01 Store | Dhgate | 21829246 |
| 535 | dodo2022 Store | Dhgate | 21815486 |
| 536 | dwyp Store | Dhgate | 21818678 |
| 537 | eazn Store | Dhgate | 21817850 |
| 538 | ebpv Store | Dhgate | 21818956 |
| 539 | gnfj Store | Dhgate | 21818876 |
| 540 | gu09 Store | Dhgate | 21819718 |
| 541 | h85i Store | Dhgate | 21818834 |
| 542 | hkshenyusheng09 Store | Dhgate | 21751379 |
| 543 | hylingbin Store | Dhgate | 21683954 |
| 544 | iism Store | Dhgate | 21800991 |
| 545 | k6bq Store | Dhgate | 21819290 |
| 546 | kesm Store | Dhgate | 21818810 |
| 547 | kkij Store | Dhgate | 21819596 |
| 548 | klasteco Store | Dhgate | 21397124 |
| 549 | liancheng03 Store | Dhgate | 21733794 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 550 | lisacosplay Store | Dhgate | 20446591 |
| 551 | lu006 Store | Dhgate | 21599596 |
| 552 | muue Store | Dhgate | 21819023 |
| 553 | mylf Store | Dhgate | 21819101 |
| 554 | perpv94 Store | Dhgate | 21816109 |
| 555 | pgjp Store | Dhgate | 21818727 |
| 556 | plushtoysss_wholesale Store | Dhgate | 21780134 |
| 557 | pok8501 Store | Dhgate | 21851210 |
| 558 | psyctradingInc Store | Dhgate | 21296670 |
| 559 | putiannikeon1 Store | Dhgate | 21732138 |
| 560 | qyas Store | Dhgate | 21818665 |
| 561 | spenceri Store | Dhgate | 21750880 |
| 562 | tgogo66 Store | Dhgate | 21829314 |
| 563 | tsxt Store | Dhgate | 21818889 |
| 564 | tvfe Store | Dhgate | 21800552 |
| 565 | ty4y Store | Dhgate | 21818667 |
| 566 | tygf257 Store | Dhgate | 21851190 |
| 567 | wpcu Store | Dhgate | 21817764 |
| 568 | wrpb Store | Dhgate | 21818320 |
| 569 | x6l2 Store | Dhgate | 21818877 |
| 570 | yanshifang Store | Dhgate | 21635307 |
| 571 | z9tw Store | Dhgate | 21819672 |
| 572 | zazzycos Store | Dhgate | 19881187 |
| 573 | APPAREL ARC ENTERPRISES | Alibaba | apparelarcent.trustpass.alibaba.com |
| 574 | Changsha Xuanyang Sports Co., Ltd. | Alibaba | xuanyangsports.en.alibaba.com |
| 575 | Dongguan Difu Clothing Co., Ltd. | Alibaba | gddifu.en.alibaba.com |
| 576 | Dongguan Winbo Gifts Co., Ltd. | Alibaba | winbolp.en.alibaba.com |
| 577 | EDOOR WEARS | Alibaba | pk19063594628tmvm.trustpass.alibaba.com |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 578 | EUCALYPTUS SPORTS | Alibaba | eucalyptussports.trustpass.alibaba.com |
| 579 | Foshan Mujin Clothing Co., Ltd. | Alibaba | foshanmujin3.en.alibaba.com |
| 580 | GREAT PRODUCTS | Alibaba | greatproductspk.trustpass.alibaba.com |
| 581 | Green Forest Accessories Co., Ltd. | Alibaba | welldears.en.alibaba.com |
| 582 | Guangzhou Fuyue Qianchao Trade Co., Ltd. | Alibaba | animewholesaler.en.alibaba.com |
| 583 | Guangzhou Umicca Sport Products Co., Ltd. | Alibaba | verchoo.en.alibaba.com |
| 584 | Guangzhou Yf Automotive Products Co., Ltd. | Alibaba | yifacp.en.alibaba.com |
| 585 | Guangzhou Yixuan Packaging Co., Ltd. | Alibaba | gzzcyixuan.en.alibaba.com |
| 586 | HAWX RACE GEAR | Alibaba | hawxgear.trustpass.alibaba.com |
| 587 | Hebei Dishixiao Gloves Manufacture Co., Ltd. | Alibaba | dsxgloves.en.alibaba.com |
| 588 | Hengshui Hareselection Trading Co., Ltd. | Alibaba | hareselection.en.alibaba.com |
| 589 | HOOGLE ENTERPRISES | Alibaba | hoogleenterprises.trustpass.alibaba.com |
| 590 | Jiangxi Yimai Clothing Co., Ltd. | Alibaba | jsymfs.en.alibaba.com |
| 591 | Kaifeng Zhuxi Taole Trading Co., Ltd. | Alibaba | kfszxtl.en.alibaba.com |
| 592 | KyzoFire Industry | Alibaba | kyzofireindustry.trustpass.alibaba.com |
| 593 | MAHGRA INDUSTRIES | Alibaba | pk1574401596zmsg.trustpass.alibaba.com |
| 594 | Meijei Label & Printing Co., Ltd. | Alibaba | gzmeijei.en.alibaba.com |
| 595 | MIHAKO ENTERPRISES | Alibaba | mihakoenterprises.trustpass.alibaba.com |
| 596 | MILITARY FITNESS | Alibaba | militaryfitness.trustpass.alibaba.com |

| Doe No. | Seller Alias | Platform | Seller ID |
|---------|--------------|----------|-----------|
| 597 | Nanchang Chenxu Industry Co., Ltd. | Alibaba | chenxufashion.en.alibaba.com |
| 598 | NEW FRANK MARTIN | Alibaba | newfm.trustpass.alibaba.com |
| 599 | Ningbo Rocky Arts And Crafts Co., Ltd. | Alibaba | chrocky.en.alibaba.com |
| 600 | OUTER LOOK INDUSTRIES | Alibaba | outerlookindustries.trustpass.alibaba.com |
| 601 | Quanzhou Shuangxiong Internet Science Technology Co., Ltd. | Alibaba | shoescharmscn.en.alibaba.com |
| 602 | Quanzhou Tianrong Gifts Co., Ltd. | Alibaba | anywaygifts.en.alibaba.com |
| 603 | Quick Stitch Clothing | Alibaba | quickstitchclothing.trustpass.alibaba.com |
| 604 | REGOROYAL ENTERPRISES | Alibaba | regoroyalenterprises.trustpass.alibaba.com |
| 605 | RUBAKA COMPANY | Alibaba | rubakacompany.trustpass.alibaba.com |
| 606 | SALAMIN ENTERPRISES | Alibaba | salaminent.trustpass.alibaba.com |
| 607 | Shenzhen Demeng Toy Design Development Co., Limited | Alibaba | newtoydesign.en.alibaba.com |
| 608 | Shenzhen Eager Painting Craft Co., Ltd. | Alibaba | eager.en.alibaba.com |
| 609 | Shenzhen Hongsai Optoelectronic Technology Co., Ltd. | Alibaba | hongsaigd.en.alibaba.com |
| 610 | Shenzhen Kaiboer Electronic Technology Co.,Ltd. | Alibaba | szkber.en.alibaba.com |
| 611 | Shenzhen Lishi Trading Co., Ltd. | Alibaba | lishibeauty.en.alibaba.com |
| 612 | Shenzhen Unitefour Technology Co., Ltd. | Alibaba | unitefour.en.alibaba.com |
| 613 | STARGAZE SPORTSWEAR | Alibaba | stargazesportswear.trustpass.alibaba.com |
| 614 | Super Sky Knitting Factory | Alibaba | lovesupersky.en.alibaba.com |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 615 | TENDER INDUSTRY | Alibaba | tenderindustry.trustpass.alibaba.com |
| 616 | TRUPEXA INTERNATIONAL | Alibaba | trupexainternational.trustpass.alibaba.com |
| 617 | VAFIR INDUSTRY | Alibaba | vafir.trustpass.alibaba.com |
| 618 | Yiwu Aolan Import And Export Co., Ltd. | Alibaba | yiwuaolan.en.alibaba.com |
| 619 | Yiwu Dino Crafts Co., Ltd. | Alibaba | nxcrafts.en.alibaba.com |
| 620 | Yiwu Fei Nuo Clothing Factory | Alibaba | ywfeinuo.en.alibaba.com |
| 621 | Yiwu Feide Sports Goods Co., Ltd. | Alibaba | fdfit.en.alibaba.com |
| 622 | Yiwu Manwuxing Trading Co., Ltd. | Alibaba | ywmanwuxing.en.alibaba.com |
| 623 | Yiwu Mengchao Handicrafts Co. , Ltd. | Alibaba | mengchao.en.alibaba.com |
| 624 | Yiwu Wowei Jewelry Co., Ltd. | Alibaba | cnwowei888.en.alibaba.com |
| 625 | Yiwu Xinlin Electronic Commerce Co., Ltd. | Alibaba | xinlindianzi.en.alibaba.com |
| 626 | Zhongshan Starwish Trading Co., Ltd. | Alibaba | xingyuan666.en.alibaba.com |
| 627 | CHANGGENG E-Commerce | Walmart | 102517516 |
| 628 | CONG THINH NGUYEN | Walmart | 102908598 |
| 629 | EARLFAMILY | Walmart | 101475992 |
| 630 | fanfavorite | Walmart | 102834681 |
| 631 | FLEUR FASHION | Walmart | 102841742 |
| 632 | haogetong | Walmart | 102521928 |
| 633 | HiFiree E-commerce | Walmart | 101552869 |
| 634 | Home Trading Company | Walmart | 102943485 |
| 635 | Jiaxin's Junction | Walmart | 102779803 |
| 636 | moyuyuan | Walmart | 102768428 |
| 637 | PengXin Lan | Walmart | 102845493 |
| 638 | Qnybnu | Walmart | 102760644 |
| 639 | StreamarFortuneLane | Walmart | 102863799 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 640 | Sunthread | Walmart | 102891308 |
| 641 | TREND KART | Walmart | 102879975 |
| 642 | WANYP-Supermarket Store | Walmart | 102860987 |
| 643 | Wu Xue Jin | Walmart | 102921108 |
| 644 | WuJingLuo | Walmart | 102768401 |
| 645 | XC Hulai | Walmart | 101279341 |
| 646 | yang xiao qian | Walmart | 102849048 |
| 647 | Yiwu Jiachou Clothing Co., Ltd | Walmart | 102909290 |
| 648 | yiwushienjunkeji | Walmart | 102759526 |
| 649 | youqiandianshang | Walmart | 102896887 |
| 650 | YuBoYanKeJi | Walmart | 102760570 |
| 651 | Zhuzhou Store | Walmart | 102818102 |
| 652 | AHUANGYZG | Temu | 634418223490217 |
| 653 | ApperDenim | Temu | 634418222227754 |
| 654 | art journey | Temu | 634418225025953 |
| 655 | BellaMode | Temu | 634418222227831 |
| 656 | BEYOND ART | Temu | 634418210667150 |
| 657 | BHSUDJFN | Temu | 634418220206600 |
| 658 | ChicBoutique Shop | Temu | 634418222227927 |
| 659 | Come to the toys | Temu | 634418227222431 |
| 660 | CoutureCraze | Temu | 634418222227879 |
| 661 | Dafangmaoyi | Temu | 634418225668012 |
| 662 | DFmaoymaoyi | Temu | 634418226664741 |
| 663 | EleganceEdge Shop | Temu | 634418222227957 |
| 664 | Fanan man B | Temu | 634418224565906 |
| 665 | Fanan man C | Temu | 634418224599977 |
| 666 | Fanan Man E | Temu | 634418224662018 |
| 667 | fansjerseys | Temu | 634418214190736 |
| 668 | Fragrant Flower Street | Temu | 634418223982443 |
| 669 | HauteHaven | Temu | 634418222228093 |
| 670 | Hi Fishing Man B | Temu | 634418225247544 |
| 671 | HILISION | Temu | 634418223435237 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 672 | Hue Decor | Temu | 634418225211271 |
| 673 | IOHJSHO | Temu | 634418223842324 |
| 674 | ITYES | Temu | 634418224139492 |
| 675 | Jamie cloud | Temu | 634418219698869 |
| 676 | KJXABCRR | Temu | 634418222559471 |
| 677 | kuye Star Toys | Temu | 634418223014270 |
| 678 | Luminou Tires | Temu | 634418220005713 |
| 679 | Luvimi | Temu | 634418224429918 |
| 680 | Mysterious Blanket | Temu | 634418225949513 |
| 681 | OEUHWE | Temu | 634418223661885 |
| 682 | Order surge BBA | Temu | 634418226497640 |
| 683 | P Art Diamond Painting | Temu | 634418218021209 |
| 684 | POD Studio | Temu | 634418225448439 |
| 685 | Sports Trend Twelve Room | Temu | 634418223820084 |
| 686 | Strange Six Baseball Hats | Temu | 634418223570680 |
| 687 | Trendy Fashion two Road | Temu | 634418224165286 |
| 688 | VROOST | Temu | 634418222739999 |
| 689 | WENG TEN SHOP | Temu | 634418222087539 |
| 690 | Whimsy WondersABC | Temu | 634418226561283 |
| 691 | Wig Prodigy | Temu | 634418223972810 |
| 692 | Xeho CASE | Temu | 634418222271103 |
| 693 | YLC Home Decor | Temu | 634418225889342 |
| 694 | YYYQWE | Temu | 634418224906046 |
| 695 | ZH DIY Standard | Temu | 634418220916659 |